# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

<u>IN RE:</u>
BURTON WIAND
RECEIVERSHIP
CASES PENDING
IN THE TAMPA                    Case Nos.: 8:05-cv-1856-T-27MSS, et al.,
DIVISION OF THE
MIDDLE DISTRICT
OF FLORIDA

_____/

## <u>ORDER</u>

     **THIS CAUSE** comes on for consideration <u>sua</u> <u>sponte</u> by the Court. Counsel of record in forty-seven of the abovementioned cases are scheduled to appear before the Undersigned on August 23, 2007, for a motion hearing set to begin at 10:00 a.m. in Courtroom 17. Pursuant to Local Rule 4.11(b), and in anticipation of counsel's need to use laptop computers during the hearing, it is **ORDERED** as follows:

1) Lead Counsel for Defendants, Geoffrey Aaronson, Bruce Barnes, Susan Brown, Francis Curran, Guy Giberson, Wanda Hagan Golson, Manuel Kushner, Thomas Munro, James Sallah, Carl Schoeppl, Jon Swergold, Douglas Titus and Kenneth Vianale, are granted permission to each bring one (1) laptop computer and one (1) floppy disk into the United States Courthouse for use during oral argument on August 23, 2007;

2)	Lead Counsel for the Receiver, Carl Nelson, is granted permission to bring one (1) laptop computer and one (1) floppy disk into the United States Courthouse for use during oral argument on August 23, 2007;

3)	Counsel shall present a copy of this Order to courthouse security personnel each time they enter the Courthouse with such equipment. In their discretion, courthouse security personnel may require counsel to present photographic identification at the time of entry; and,

4)	The equipment described above is subject to inspection at any time by courthouse security personnel.

**DONE** and **ORDERED** in Tampa, Florida on this 14th day of August 2007.

_____
MARY S. SCRIVEN
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Courtroom Security Officers